

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al.,
Appellants

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Plaintiffs-Appellants' and Intervenors- Appellants' motions for rehearing are pending before the court. The court hereby requests a response to the motion from the appellees. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than two weeks from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court